IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC, d/b/a BALFOUR BEATTY COMMUNITIES, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 119-009 |
| LARISSA RANALDSON; DERRICK RANALDSON; DEAUDIS DIXON; and TYIANNA DIXON, | * * * * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 5.) Plaintiff filed its notice prior to Defendants serving either an answer or a motion for summary judgment. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of February, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA